# United States Court of Appeals
## For the First Circuit

_____

No. 06-1026

ISRAEL BENITEZ-GARCIA; DAMARIS DIAZ; ISRAEL BENITEZ-DIAZ; SONIA LAGUER-MORALES; SONIA I. DIAZ-LAGUER; NEFTALY CARRASQUILLO-CARRASQUILLO; CARMEN MILAGROS AMARAL-LOPEZ; GIANNA M. CARRASQUILLO-AMARAL; ESTHER HERNANDEZ-GARCIA; DRASKA MACHELLY CASILLAS-HERNANDEZ; NELSON GONZALEZ; MILAGROS LABOY; MARIE ANN GONZALEZ-LABOY; LUIS JAVIER ROSA-DAVILA; NATALIA ALISHA ROSA-NIEVES; SONIA CRUZ-GONZALEZ; ELVIS ALEXIS MALDONADO-CRUZ; LUIS H. MENDOZA-RODRIGUEZ; MARY LUZ MONTANEZ-SERRAN; LESLY ANN MENDOZA-MONTANEZ; VICTOR MANUEL MARTINEZ-TORRES; BETTY VEGA-RIVERA; VICTOR RAFAEL MARTINEZ-VEGA; BERNARD SANTIAGO; IVETTE S. DUCLERE; BERNARD A. SANTIAGO-DUCLERE; LUIS R. SANTIAGO-TORRES; ARLENE J. RUIZ-DIAZ; CELESTE CORAL SANTIAGO-RUIZ; ELIUDES CAMPS-MARCANO; MARISOL HERNANDEZ-MILLAN; LEISHLA M. CAMPS-HERNANDEZ; JORGE M. JIMENEZ-MARTINEZ; FRANCES L. CARRERO-ROMAN; KRYST M. JIMENEZ-CARRERO,

Plaintiffs, Appellants,

v.

ADALBERTO GONZALEZ-VEGA; JANE DOE; CONJUGAL PARTNERSHIP GONZALEZ-DOE; COMMONWEALTH OF PUERTO RICO, Represented by Hon. Sila Maria Calderon, Governess of Puerto Rico; DEPARTMENT OF EDUCATION OF THE COMMONWEALTH OF PUERTO RICO, Represented by Hon. Cesar Rey; JOHN DOE; RICHARD ROE; A-Z INSURANCE CO.,

Defendants, Appellees.

_____

**ERRATA SHEET**

The opinion of this court issued on November 3, 2006 is amended as follows:

On page 10, line 10: Delete the word "<u>Robson</u>," and also delete the comma and space that come after it.

On page 14, note 9, line 3: Replace the word "appraised" with the word "apprised."

On page 14, note 9, line 8: Underline the letter "r" in the word "Consumidor."